IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | CASE NO. 4:16-cv-167 (LJA) |
| | * | |
| v. | * | |
| | * | |
| ALAA ISMAIL YASIN, | * | |
| | * | |
| Defendant. | * | |

## ORDER TO PRODUCE DETAINEE FOR HEARING

TO:   STEWART DETENTION CENTER
      146 CCA ROAD
      LUMPKIN, GA 31815

YOU ARE HEREBY REQUESTED AND DIRECTED to produce alien detainee ALAA ISMAIL YASIN, A 202 090 024, presently incarcerated at Stewart Detention Center in Lumpkin, Georgia, in the above-styled proceeding beginning at 11:00 a.m. on the 10th day of May, 2016, and continuing until the conclusion of said proceeding before the undersigned in the District Courtroom on the 3rd floor of the United States Courthouse, 201 West Broad Avenue, Albany, Georgia.

SO ORDERED, this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE