IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



# MINUTE SHEET MOTION HEARING

Date:   May 10, 2016                                Court Time for MJSTAR:/JS10: 3/34

Judge:  LESLIE J. ABRAMS                            Court Reporter:  Mindy Martin

Courtroom Deputy:  Monica Cooper                    Interpreter:

Case Number:  4:16cv167(LJA)

UNITED STATES OF AMERICA                            Counsel:  Sheetful Wall, Dillon Fishman

v.

ALAA ISAMAIL YASIN                                  Counsel:  Pro Se

Agents:/Experts in Attendance:

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE    OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

| Time | Event |
|---|---|
| 11:19 | Called to order.  Counsel identified.  Court makes preliminary remarks. |
|  | Discussion re: appointment of counsel |
| 11:23 | AUSA Walls sets forth issues. |
| 11:27 | Mr. Yasin addresses the Court.  The Court questions Mr. Yasin regarding his hunger strike. |
| 11:30 | Examination of Dr. Eugene Charbonneau by AUSA Walls |
| 12:34 | Discussion re: imminent danger |
| 12:45 | Recess |
| 1:43 | Reconvenes |
| 1:44 | Examination of Dr. Luis Ortega by Mr. Fishman |
| 2:37 | The Court addresses Dr. Luis Ortega. |
| 2:46 | The Court addresses AUSA Wall. |
| 2:48 | Recess |
| 3:08 | Reconvenes |
| 3:09 | Examination of Sebastian Mason by Mr. Fishman |
| 3:32 | Mr. Fishman makes argument. |
| 3:41 | Mr. Yasin addresses the Court |
| 3:42 | AUSA Wall addresses Mr. Yasin |
| 4:03 | The Court makes findings. |
| 4:12 | Concluded. |