# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | **CASE NO. 4:16-CV-167 (LJA)** |
| v. | * | |
| **ALAA ISMAIL YASIN,** | * | |
| **Defendant.** | * | |

## NOTICE OF DEFENDANT'S CESSATION OF HUNGER STRIKE

In accordance with the Court's Order of May 10, 2016 (ECF No. 6 at 2), the undersigned counsel for United States were informed today and hereby provides notice to the Court that the Defendant's hunger strike ended on May 15, 2016. Specifically, as of that date, the Defendant had consumed three meals per day for three consecutive days.

Respectfully submitted this the 18th day of May, 2016.

> G. F. PETERMAN, III
> ACTING UNITED STATES ATTORNEY
>
> BY: *s/Sheetul S. Wall*
> SHEETUL S. WALL
> ASSISTANT UNITED STATES ATTORNEY
> Georgia Bar No. 734724
>
> United States Attorney's Office
> Middle District of Georgia
> P. O. Box 2568
> Columbus, GA  31902
> Ph:  (706) 649-7700
> Fax: (706) 649-7667
>
> BENJAMIN C. MIZER
> Principal Deputy Assistant Attorney General
> Civil Division

WILLIAM C. PEACHEY
Director, District Court Section

CHRISTOPHER W. DEMPSEY
Assistant Director

By: */s/ Dillon A. Fishman*
    DILLON A. FISHMAN
    Trial Attorney, District Court Section
    Office of Immigration Litigation
    Civil Division
    Arizona Bar No. 024259
    U.S. Department of Justice
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 598-2377
    Fax: (202) 616-8962
    Email: Dillon.A.Fishman @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2016, I electronically filed the foregoing NOTICE OF DEFENDANT'S CESSATION OF HUNGER STRIKE with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing and the foregoing to the following non-CM/ECF participant:

ALAA ISMAIL Yasin
A xxx xxx 024
STEWART DETENTION CENTER
P. O. BOX 248
LUMPKIN, GA  31815

                                                G. F. PETERMAN, III
                                                ACTING UNITED STATES ATTORNEY

BY:   *s/ Sheetul S. Wall*
         SHEETUL S. WALL
         Assistant United States Attorney
         Georgia Bar No. 734724